No. —, Original.  *Ex parte:* IN THE MATTER OF THE
CITY OF DALLAS, PETITIONER.  Submitted January 11,
1921.  Decided January 17, 1921.  Motion for leave to
file a petition for a writ of mandamus herein denied.  *Mr.
Francis Marion Etheridge* for petitioner.

---

No. —, Original.  *Ex parte:* IN THE MATTER OF HUSSEIN LUTFI BEY, MASTER OF THE TURKISH GOVERNMENT STEAMSHIP *Gul Djemal*, PETITIONER.  Submitted
January 14, 1921.  Decided January 17, 1921.  Motion for
leave to file a petition for writs of prohibition and / or mandamus herein denied.  *Mr. John M. Woolsey* for petitioner.
Suggestions of the Spanish Ambassador on behalf of the
Turkish or Ottoman Government submitted by *Mr. Frank
J. McConnell.*